OCTOBER 12, 1970

No. 357. PATE ET AL. v. EL PASO COUNTY, TEXAS, ET AL. Affirmed on appeal from D. C. W. D. Tex.

No. 482. ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. v. SOCIALIST WORKERS PARTY ET AL. Affirmed on appeal from D. C. S. D. N. Y. Stay order of MR. JUSTICE HARLAN vacated. THE CHIEF JUSTICE, MR. JUSTICE HARLAN, and MR. JUSTICE STEWART dissent from the affirmance of the judgment and are of the opinion that probable jurisdiction should be noted and the case set for oral argument.

No. 114. KELLER v. DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 170. WEINER, DBA LOUIS WEINER REAL ESTATE CO., ET AL. v. STATE REAL ESTATE COMMISSION OF NEBRASKA. Appeal from Sup. Ct. Neb. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 218. BELKER v. BOARD OF EDUCATIONAL LANDS AND FUNDS ET AL. Appeal from Sup. Ct. Neb. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.